# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

WILLIE C. JACKSON, JR.,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No. 3:23-cv-1044-TJC-JBT

URBAN HUD HOUSING,

    Defendant.

## O R D E R

This case is before the Court on the United States Magistrate Judge's Report and Recommendation recommending denying the Motion to Proceed In Forma Pauperis as moot and dismissing the case without prejudice. Doc. 6. No party has filed an objection, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Upon de novo review of the file and for the reasons stated in the Report and Recommendation, Doc. 6, it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 6, is **ADOPTED** as the opinion of the Court.

2. The Motion to Proceed In Forma Pauperis is **DENIED AS MOOT**.

3. This case is **DISMISSED without prejudice**.

4. The clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Jacksonville, Florida, the 16th day of November, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

vng

Copies to:

The Honorable Joel B. Toomey
United States Magistrate Judge

Willie C. Jackson, Jr.
General Delivery P80643
5455 Verna Blvd
Jacksonville, FL 32205

2